**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emmanuel ARIAS–CHAVARIN, a.k.a.**
**Rey Marcelo Rosda Maldonado, a.k.a.**
**Flaco, Defendant–Appellant.**

**No. 12–15870**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 2, 2014.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, Christopher Francis Murray,

Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Cynthia Judith Hernandez, Law Offices of Cynthia Hernandez, Tampa, FL, for Defendant–Appellant.

Emmanuel Arias–Chavarin, Lompoc, CA, pro se.

Before HULL, MARCUS, and MARTIN, Circuit Judges.

PER CURIAM:

Cynthia Hernandez, appointed counsel for Emmanuel Arias–Chavarin in this direct criminal appeal, has moved to withdraw from further representation of the appellant pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent examination of the entire record confirms Hernandez's assessment that there are no arguable issues of merit on appeal, her motion to withdraw is **GRANTED,** and Arias–Chavarin's conviction and sentence are **AFFIRMED.**